KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
Dale Kinsella (SBN 063370)
  hweitzman@kwikalaw.com
Gregory P. Korn (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, Third Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for LUC BESSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUC BESSON, a French citizen,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLACKPILLS INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:17-CV-4578<br><br>**COMPLAINT FOR:**<br><br>**1. FALSE AND MISLEADING ASSOCIATION UNDER § 43(a) OF THE LANHAM ACT**<br><br>**2. VIOLATION OF THE RIGHT OF PUBLICITY**<br><br>**DEMAND FOR JURY TRIAL** |

99911.00011/389659.1

COMPLAINT

## JURISDICTION AND VENUE

1. The Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a). This is a civil action arising under federal law, the Lanham Act of 1946 as amended (codified at 15 U.S.C. §§ 1051, et seq.). The pendent state law claims are so related to the federal claims that they form part of the same case or controversy pursuant to Article III of the United States Constitution. The court therefore has supplemental jurisdiction over those claims pursuant to 28 U.S.C. § 1367(a).

2. The Court also has original jurisdiction pursuant to 28 U.S.C. § 1332. This is a civil action between a foreign citizen residing in California and a Delaware corporation with its principal place of business in New York. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) for several independent reasons, including that: Defendant "resides" in this judicial district for venue purposes under 28 U.S.C. § 1391(c)(2); and a substantial part of the events or omissions giving rise to the claims occurred in this district.

## PARTIES

4. Plaintiff Luc Besson ("Besson") is a French citizen residing in Los Angeles County, California.

5. Defendant Blackpills Inc. ("Blackpills") is a Delaware corporation which, on information and belief, has a principal place of business in New York, New York.

## GENERAL ALLEGATIONS

6. Besson is a prolific writer, director, and producer of feature films and televisions series. Besson is known worldwide for his work on dozens of hit movies including *La Femme Nikita*, *The Fifth Element*, *The Professional*, *The Transporter*, *Taken*, and *Lucy*. Besson's latest film, *Valerian and the City of a Thousand Planets*, is scheduled for release in July 2017.

7. Besson's name is widely recognized by the general consuming public

in the United States as a designation of source for the writing, directing, and producing services he provides and the motion pictures he makes. The public's association of Besson with a film or television project provides immense value to that project, and Besson carefully controls the use of his name in connection with such projects to protect his reputation and the value of his name.

8. Through his holding company Front Line, Besson holds a stake in a third party production company called Together Studio, which was created and is operated by Renauld le Van Kim ("Kim"). In or about June 2016, Kim caused Together Studio to enter into an agreement with Blackpills to produce content for a new streaming service that Blackpills was developing. That agreement indicated (in French) that Blackpills and Together Studio would be developing a series based on an "original idea by Luc Besson."

9. A further production agreement dated as of April 1, 2016 was entered into between Blackpills and Covent Garden Productions LLC ("Covent")—an entity which, on information and belief, is associated with Together Studio. That production agreement likewise referenced the production of a series called *Playground* with the notation: "Original idea : Luc Besson."

10. As alleged further below, at no time did Besson ever authorize Blackpills, Together Studio, and/or Covent to produce content using any of his ideas, nor did Besson ever authorize these entities to use his name in connection with any content they produced. No written agreement whatsoever exists between Besson, on the one hand, and Blackpills, Together Studio, and/or Covent, on the other, granting rights in his work or permitting the use of his name in connection with content produced and distributed by them.

11. Starting earlier this year and continuously since, major industry publications (*e.g.*, *Variety* and *The Hollywood Reporter*) as well as smaller outlets have been reporting on Blackpills' launch its new streaming service. It has been publicized that Blackpills is launching its service with twelve digital projects, one of

which is *Playground*. Besson is informed and believes, and based thereon alleges, that Blackpills' streaming service is currently available to consumers in the United States, and that *Playground* is available for streaming on that service.

12. Besson has not been involved in any of Blackpills' series. He did not create, write, or direct *Playground*. He has never had discussions with anyone at Blackpills about the development of this series. Despite these facts, Blackpills has persistently and falsely attributed *Playground* to Besson in order to capitalize on his reputation and goodwill.

13. On March 1, 2017, the English language Twitter account for Blackpills posted a cover photo of the *Playground* series, with the words "CREATED BY LUC BESSON" beneath the show's title, as well as the phrase "created by @lucbesson" in the caption:



14. Blackpills has also posted cover art for *Playground* on Instagram which falsely claims that Besson is the creator of the series:



15. Besson is informed and believes, and based thereon alleges, that Blackpills' Twitter and Instagram posts were accessible in the United States, and that Blackpills purposefully directed these images and statements to consumers in the United States to promote *Playground* and its streaming service.

16. These public claims by Blackpills that *Playground* was "Created by Luc Besson" are blatantly and knowingly false. The phrase "created by" connotes that Besson was the creator, writer, and/or director of the series (or at least one episode thereof). In fact, Besson had no involvement in the creation, production, or directing of *any* episodes of the series.

17. Blackpills executive Daniel Marhely ("Marhely") has gone so far as to fabricate an account of Besson working on *Playground* during a fictionalized hiatus from his production of his new film *Valerian*. In an interview given to an online magazine, Marhely was quoted as stating (in French) that Besson "took a break for a few weeks" from filming *Valerian* "to film *Playground*." Marhely added:

"[Besson] was in the middle of filming *Valerian*. He suggested several

1  projects to us and *Playground* was selected …. He loved the idea of
2  filming this series for a month, with a very small crew. It took him back
3  to when he was starting out, making his first films."

All of this is a complete lie. Besson did not take a break from *Valerian*, let alone to film *Playground*. Besson had no involvement at all in the filming of *Playground*.

18. In addition to falsely describing Besson as the creator of *Playground*, Blackpills has also repeatedly identified the series as being based on "AN ORIGINAL IDEA FROM LUC BESSON," including in a March 22, 2017 post on Twitter:



Likewise, an Instagram post from Blackpills executive Patrick Holzman, shown on the following page, posted a graphic describing *Playground* as being based on an original idea from Besson:



19. Besson is informed and believes, and based thereon alleges, that Blackpills' Twitter and Instagram posts were accessible in the United States, and that Blackpills purposefully directed these images and statements to consumers in the United States to promote *Playground* and its streaming service.

20. In addition, and also without Besson's authorization, the opening credits of *Playground* on Blackpills' streaming service identify the series as based on an "ORIGINAL IDEA BY LUC BESSON." Besson is informed and believes, and based thereon alleges, that Blackpills has streamed *Playground* in the United States with this misleading credit and continues to do so.

21. Besson is informed, and believes, and based thereon alleges, that the foregoing unauthorized uses of his name are merely examples. Besson is informed and believes, and based thereon alleges, that Blackpills and its officers and employees have repeatedly used Besson's name to promote *Playground* in the United States, including in interviews and other promotional efforts, and have falsely described Besson as the creator, writer, and/or director of the series in doing so. Besson never authorized Blackpills or its producing partners, Together Studio and Covent, to use his name to promote *Playground* in this manner.

22. Blackpills' unauthorized statements that *Playground* was "created by" Besson are blatantly false and deceptive and are certain to cause the public to

associate the series with Besson and to erroneously believe that he is the creator, writer, and/or director of the show.

23. Similarly, Blackpills' unauthorized statements that that *Playground* was based "on an original idea from Luc Besson" falsely suggest that Besson is associated with or endorses, sponsors, or approves of this series. In fact, Besson has no association with *Playground* and does not endorse, sponsor, or approve of it.

24. Blackpills has misrepresented Besson's purported involvement in *Playground* and used his name without authorization with the obvious intention of capitalizing on Besson's fame and reputation to generate publicity for its nascent streaming service. In particular, Blackpills has falsely attributed *Playground* to Besson to coattail on his fame and reputation as a writer/director of action films driven by female leads (*e.g.*, *La Femme Nikita*, *The Professional*, *Lucy*).

25. Pervasive consumer confusion has resulted from Blackpills' false statements about Besson's supposed involvement in *Playground*. The media has widely reported that Besson was actively involved in *Playground*. News articles are portraying Besson as the writer or director of Blackpills' *Playground*. An online *Variety* article states, for example: "Watch Luc Besson's 'Playground' Trailer for Blackpills." Other articles state that *Playground* "has been created by famed French filmmaker Luc Besson"; that Besson's "latest scripted foray is a web series called *Playground*"; that "Besson wrote a new web series titled *Playground*"; that *Playground* is an "Original[ ] From Luc Besson"; and that *Playground* is "a new online action series from Luc Besson." All of this confusion has been caused by Blackpills' false attribution of *Playground* to Besson, and by its unauthorized use of his name to promote the series.

26. Blackpills' false designation of *Playground* as a Besson project has been and will continue to be damaging to Besson. *Playground* is being credited to Besson despite that he has had no creative involvement in the series. As a result, Besson has lost control of his reputation due to Blackpills' unauthorized and

misleading use of his name.

27. Blackpills' misrepresentations and the confusion they have caused are interfering with Besson's promotion of *Valerian*. While actively promoting *Valerian*, Besson is being forced to spend time answering questions about his supposed involvement in *Playground*.

28. Further, Blackpills' false statements that Besson took a break in the middle of filming *Valerian* to film *Playground* is further damaging to Besson's reputation. These statements cavalierly portray Besson as breaching his exclusive services obligation to French film studio EuropaCorp ,as breaching his obligations to direct *Valerian*, and as being less than fully committed to that film and to its many producing partners and investors, which could not be further from the truth.

## FIRST CLAIM FOR RELIEF

### (False and Misleading Association – 15 U.S.C. § 1125(a))

29. Besson incorporates all prior allegations of this Complaint by this reference.

30. Besson's name is famously associated with him and his services as a writer, director, and producer of films and televisions series.

31. Blackpills' use in commerce of Besson's name to promote its projects is likely to confuse, cause mistake, or deceive the public into believing (falsely) that Besson is associated with, or sponsors, endorses, or approves of *Playground* and Blackpills' streaming service generally. In fact, Besson had no involvement in *Playground* and does not sponsor, endorse, or approve of the project.

32. As a result of Blackpills' unauthorized use of Besson's name, Besson has suffered, and will continue to suffer, damages in an amount to be proven at trial. Besson has further suffered and will continue to suffer irreparable harm unless Blackpills' use in commerce of his name is enjoined and restrained by this Court.

33. Blackpills' use in commerce of Besson's name was intended to capitalize on and trade off his established goodwill, and was in bad faith and with

1  knowledge (or reckless disregard of the fact) that such use of his name would cause
2  confusion, mistake, or deception.

3  34. Besson is entitled to damages, including without limitation
4  disgorgement of Blackpills' profits arising out of its unauthorized use of Besson's
5  name in connection with *Playground*.

6  35. Blackpills' misconduct is of such a nature that this is an "exceptional"
7  case within the meaning of the Lanham Act, entitling Besson to recover his
8  reasonable attorney's fees.

## SECOND CLAIM FOR RELIEF

### Violation of the Right of Publicity

11  36. Besson incorporates all prior allegations of this Complaint by this
12  reference.

13  37. Under California common law and Civil Code section 3344, Besson
14  owns a right of publicity in his name and persona.

15  38. Blackpills has misappropriated Besson's well-known name for
16  commercial purposes in connection with *Playground*.

17  39. Blackpills' use of Besson's name has at all times been without his
18  consent.

19  40. The unauthorized use by Blackpills' of Besson's name constitutes a
20  commercial misappropriation of his right of publicity in violation of California
21  common law and Section 3344 of the California Civil Code.

22  41. As a direct and proximate result of Blackpills' wrongful conduct,
23  Besson has suffered, and will continue to suffer, damages in an amount to be proven
24  at trial.

25  42. Blackpills has been unjustly enriched by its unauthorized use of
26  Besson's name, thus entitling Besson to disgorgement of all income, profits, and
27  other benefits resulting from Blackpills' conduct, in an amount to be determined
28  according to proof at trial.

# PRAYER FOR RELIEF

WHEREFORE, Besson pray for judgment as follows:

A. For preliminary and permanent injunctive relief prohibiting Blackpills from using Besson's name, likeness, identity, or persona for any purposes;

B. For monetary damages according to proof;

C. For disgorgement of profits under the Lanham Act and under California law;

D. For pre-judgment and post-judgment interest according to proof and to the maximum extent allowed by law;

E. For attorneys' fees and costs of suit pursuant to 15 U.S.C. § 1117, California Civil Code § 3344, and any and all other sources of law; and

F. For such other relief as may be just and proper.

DATED: June 21, 2017　　　　　　　　KINSELLA WEITZMAN ISER
　　　　　　　　　　　　　　　　　　KUMP & ALDISERT LLP


　　　　　　　　　　　　　　　　By:　　／s／ Gregory Korn
　　　　　　　　　　　　　　　　　　Gregory Korn
　　　　　　　　　　　　　　　　　　Attorneys for LUC BESSON

99911.00011/389659.1

11

COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

DATED: June 21, 2017                KINSELLA WEITZMAN ISER
                                    KUMP & ALDISERT LLP


                                    By:      /s/ Gregory Korn
                                          Gregory Korn
                                          Attorneys for LUC BESSON